# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV06-1965

Date Filed: _____

Plaintiff:
**Kevin Gratt, etc.**

vs.

Defendant:
**Etourandtravel, Inc., et al.**

For:
Todd C. Bank
Todd C. Bank, Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY 11415

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 10th day of May, 2006 at 12:28 pm to be served on **Etourandtravel, Inc., 3626 Quadrangle Blvd., Suite 400, Orlando, FL 32817**.

I, Gregorio Sanchez Jr., being duly sworn, depose and say that on the **11th day of May, 2006** at **1:10 pm, I:**

**SERVED** this **Summons and Preliminary Statement** to **Crystal Rodriguez, Administration,.**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 11th day of May, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC-STATE OF FLORIDA

Gregorio Sanchez Jr.
SPS #M8544

**AALLEN BRYANT & ASSOCIATES, INC.**
**P.O. Box 3828**
**Orlando, FL 32802-3828**
**(407) 872-0560**

Our Job Serial Number: 2006005134
Ref: kt
Service Fee: _____

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV06-1965

Date Filed: _____

Plaintiff:
**Kevin Gratt, etc.**

vs.

Defendant:
**Etourandtravel, Inc., et al.**

For:
Todd C. Bank
Todd C. Bank, Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY  11415

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 10th day of May, 2006 at 12:33 pm to be served on **Kosmas Group Internationa, Inc., 3626 Quadrangle Blvd., Suite 400, Orlando, FL 32817**.

I, Gregorio Sanchez Jr., being duly sworn, depose and say that on the **11th day of May, 2006** at **1:10 pm, I:**

**SERVED** this **Summons and Preliminary Statement** to **Crystal Rodriguez, Administration,.**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 11th day
of May, 2006 by the affiant who is personally known to
me.

NOTARY PUBLIC-STATE OF FLORIDA

**Gregorio Sanchez Jr.**
SPS #M8544

**AALLEN BRYANT & ASSOCIATES, INC.**
P.O. Box 3828
Orlando, FL  32802-3828
(407) 872-0560

Our Job Serial Number: 2006005136
Ref: kt
Service Fee: _____

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV06-1965

Date Filed: _____

Plaintiff:
**Kevin Gratt, etc.**

vs.

Defendant:
**Etourandtravel, Inc., et al.**

For:
Todd C. Bank
Todd C. Bank, Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY  11415

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 10th day of May, 2006 at 12:31 pm to be served on **Robert P. Kosmas, 3626 Quadrangle Blvd., Suite 400, Orlando, FL 32817**.

I, Gregorio Sanchez Jr., being duly sworn, depose and say that on the **11th day of May, 2006** at **1:10 pm, I**:

<u>SERVED</u> this **Summons and Preliminary Statement** to **Crystal Rodriguez, Administration,.**

**Military Status:** Specific inquiry was made of the person served who stated that the defendant is not on active duty with any of the Armed Forces of the United States.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 11th day of May, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC-STATE OF FLORIDA

**Gregorio Sanchez Jr.**
SPS #M8544

**AALLEN BRYANT & ASSOCIATES, INC.**
**P.O. Box 3828**
**Orlando, FL  32802-3828**
**(407) 872-0560**

Our Job Serial Number: 2006005135
Ref: kt
Service Fee: _____

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV06-1965

Date Filed: _____

Plaintiff:
**Kevin Gratt, etc.**

vs.

Defendant:
**Etourandtravel, Inc., et al.**

For:
Todd C. Bank
Todd C. Bank, Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY  11415

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 10th day of May, 2006 at 12:34 pm to be served on **Nicholas Kosmas, 3626 Quadrangle Blvd., Suite 400, Orlando, FL 32817**.

I, Gregorio Sanchez Jr., being duly sworn, depose and say that on the **11th day of May, 2006** at **1:10 pm, I:**

SERVED this **Summons and Preliminary Statement** to **Crystal Rodriguez, Administration,**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 11th day of May, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA

**Gregorio Sanchez Jr.**
SPS #M8544

**AALLEN BRYANT & ASSOCIATES, INC.**
P.O. Box 3828
Orlando, FL  32802-3828
(407) 872-0560

Our Job Serial Number: 2006005138
Ref: kt
Service Fee: _____

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV06-1965                                    Date Filed: _____

Plaintiff:
**Kevin Gratt, etc.**

vs.

Defendant:
**Etourandtravel, Inc., et al.**

For:
Todd C. Bank
Todd C. Bank, Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, NY  11415

Received by AALLEN BRYANT & ASSOCIATES, INC. on the 10th day of May, 2006 at 12:33 pm to be served on **Steven P. Kosmas, 3626 Quadrangle Blvd., Suite 400, Orlando, FL 32817**.

I, Gregorio Sanchez Jr., being duly sworn, depose and say that on the **11th day of May, 2006** at **1:10 pm, I:**

**SERVED** this **Summons and Preliminary Statement** to **Crystal Rodriguez, Administration,**.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 11th day
of May, 2006 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC-STATE OF FLORIDA

**Gregorio Sanchez Jr**
SPS #M8544

**AALLEN BRYANT & ASSOCIATES, INC.**
**P.O. Box 3828**
**Orlando, FL  32802-3828**
**(407) 872-0560**

Our Job Serial Number: 2006005137
Ref: kt
Service Fee: _____

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8h